Daniel V. Nixon (SB #132392)
danielnixon@byrnenixon.com
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, CA 90017
Telephone: (213) 620-8003
Facsimile: (213) 620-8012

Attorneys for Defendant
KINDE DURKEE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00123-KJM |
| Plaintiff, | **ORDER MODIFYING DEFENDANT KINDE DURKEE'S TERMS OF RELEASE TO ALLOW ACCESS TO RECORDS OF DURKEE & ASSOCIATES** |
| vs. | |
| KINDE DURKEE, | |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

1    Pursuant to the Stipulation of the parties and good cause appearing therefore, IT
2 IS HEREBY ORDERED that the terms of Ms. Durkee's release are modified to allow
3 her to access the property located at 1212 South Victory Boulevard, Burbank,
4 California, Los Angeles County, APN: 5625-014-016 to remove all personal
5 possessions and any records, documents or property of Durkee & Associates and its
6 clients.  Ms. Durkee will not destroy any records, documents or property of Durkee &
7 Associates and its clients, and Ms. Durkee will make arrangements to store them
8 pending the final resolution of the Criminal Case.   All other terms and conditions of
9 her release shall remain the same.

**IT IS SO ORDERED.**

Dated: May 29, 2012.

_____
UNITED STATES DISTRICT JUDGE